470 A.2d 1017

Sockol, Appellant, v. Prudential Ins. Co.
Petition for Allowance of Appeal
Denied May 11, 1984.

Argued October 4, 1983. Ronald N. Rutenberg, for appellant; Henry H. Janssen, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment affirmed.